

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2014

No. 04-13-00706-CV

**JUDSON INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Maria Hortencia **RUIZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20399
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

    Appellant's unopposed first motion to extend time to file reply brief is hereby GRANTED. Time is extended to May 27, 2014.

_____
Catherine Stone, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court